DANIEL J. BRODERICK, #89424
Federal Defender
ANN H. VORIS, Bar #100433
Assistant Federal Defender
Designated Counsel for Service
2300 Tulare Street, Suite 330
Fresno, California 93721-2226
Telephone: (559) 487-5561

Attorney for Defendant
PRASEUT CHANTHASEN

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | NO. 1:06-cr-00212 OWW |
| Plaintiff, | ORDER RE DISCOVERY |
| v. | |
| PRASEUT CHANTHASEN, | Judge: Hon. Oliver W. Wanger |
| Defendants. | |

A status conference hearing in the above-entitled matter came on regularly for hearing on September 10, 2007. After the parties having been heard, and good cause appearing,

**IT IS HEREBY ORDERED** that on or before September 24, 2007, counsel for the government shall:

1. Provide to defendants a list of surveillance officers and their respective departments;

2. Provide to defendants the name of the contact agent; and,

3. Permit counsel to review the tangible evidence.

**IT IS FURTHER ORDERED** that this matter is hereby continued to October 15, 2007, at the hour of 9:00 A.M. for further status conference hearing.

IT IS SO ORDERED.

**Dated:   September 18, 2007**            /s/ Oliver W. Wanger
                                           UNITED STATES DISTRICT JUDGE