| | |
|---|---|
| 1 | DANIEL J. BRODERICK, #89424 |
|   | Federal Defender |
| 2 | ANN H. VORIS, Bar #100433 |
|   | Assistant Federal Defender |
| 3 | Designated Counsel for Service |
|   | 2300 Tulare Street, Suite 330 |
| 4 | Fresno, California  93721-2226 |
|   | Telephone: (559) 487-5561 |
| 5 | |
|   | Attorney for Defendant |
| 6 | PRASEUT CHANTHASEN |

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | NO. 1:06-cr-00212 OWW |
|   | ) |   |
| Plaintiff, | ) | STIPULATION TO CONTINUE MOTION IN |
|   | ) | LIMINE HEARING;  ORDER THEREON |
| v. | ) |   |
|   | ) | Date:  June 9, 2008 |
| PRASEUT CHANTHASEN, | ) | Time:  9:00 a.m. |
|   | ) | Judge: Hon. Oliver W. Wanger |
| Defendant. | ) |   |
|   | ) |   |

**IT IS HEREBY STIPULATED** by and between the parties hereto through their respective counsel that the motions in limine hearing currently set for June 2, 2008, be continued to **June 9, 2008, at 9:00 a.m.**

This request for continuance is made by defense counsel as she will be out of town on the currently set date of June 2, 2008.

///
///
///
///
///
///
///

1  The parties agree that the delay resulting from the continuance shall be excluded in the interests of
2  justice, including but not limited to, the need for the period of time set forth herein in the interest of justice
3  and for effective defense preparation pursuant to 18 U.S.C. §§ 3161(h)(1)(F), 3161(h)(8)(A), and
4  3161(h)(8)(B)(i) and (iv).

McGREGOR W. SCOTT
United States Attorney

DATED: April 7, 2008  By:  /s/ Laurel J. Montoya
LAUREL J. MONTOYA
Assistant United States Attorney
Attorney for Plaintiff

DANIEL J. BRODERICK
Federal Public Defender

DATED: April 7, 2008  By:  /s/ Ann H. Voris
ANN H. VORIS
Assistant Federal Defender
Attorneys for Defendant
Praseut Chanthasen

**O R D E R**

**IT IS SO ORDERED.** Time is hereby excluded pursuant to 18 U.S.C. §§ 3161(h)(1)(F), 3161(h)(8)(A), and 3161(h)(8)(B)(i) and (iv).

IT IS SO ORDERED.

**Dated:  April 9, 2008**  /s/ Oliver W. Wanger
UNITED STATES DISTRICT JUDGE

Stipulation to Continue Motions
Hearing / Status Conference; [Proposed] Order        −2−