UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

```
UNITED STATES OF AMERICA,      )
                               )   1:06-CR-212 OWW
                               )
            Plaintiff,         )   NEW CASE NUMBER:
                               )
     v.                        )   1:06-CR-212 LJO
                               )
PRASEUT CHANTHASEN,            )
                               )
                               )   ORDER REASSIGNING CASE
            Defendant.         )
                               )
_____)
```

      This matter is reassigned from the docket of United States District Judge Oliver W. Wanger to the docket of United States District Judge Lawrence J. O'Neill.

      To prevent a delay in documents being received by the correct judicial officer, the new case number should now be used on all documents.

                            **1:06-cr-212 LJO**

IT IS SO ORDERED.

**Dated:   June 23, 2008**　　　　　　　　　　/s/ Oliver W. Wanger
　　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE