IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| United States of America | CASE NO. CR-06-0212  LJO |
| Plaintiff, | ORDER RESETTING DATE FOR SENTENCING |
| vs. | |
| Prasuet Chanthasen | |
| Defendants. / | |

On June 27, 2008, the Defendant was found guilty of the sole count by a jury. As a result, the sentencing was set to occur on September 19, 2008. During the week of August 4, 2008, it was determined that Probation had not received notice of the conviction, and therefore had not proceeded to move toward preparing a Presentence Report. As a result, Probation requested four weeks past the September 19, 2008, only to find that the Court would be gone on vacation in mid October.

On August 8, 2008, Defense Counsel was contacted by Probation and asked to grant permission to move the Sentencing Hearing date to the end of October, when the Court would be back from vacation. Probation was told that Defense Counsel had a "problem" with moving it from the date when the Court was on vacation, and objected. Probation contacted the Court with the dilemma.

In light of Defense Counsel's decision not to accommodate the Court's vacation plans, the Court has requested Probation to prepare the Presentence report in an expedited fashion. Probation has agreed. It is therefore ORDERED:

The pending Motion for New Trial and Sentencing will take place on Friday, October 10, 2008 at 8:00 a.m. in Courtroom 4 (LJO). Both counsel and Probation are to be served with this Order.

IT IS SO ORDERED.

**Dated:   August 8, 2008**                           **/s/ Lawrence J. O'Neill**

1

UNITED STATES DISTRICT JUDGE