| | |
|---|---|
| 1 | DANIEL J. BRODERICK, #89424 |
| | Federal Defender |
| 2 | ANN H. VORIS, Bar #100433 |
| | Assistant Federal Defender |
| 3 | Designated Counsel for Service |
| | 2300 Tulare Street, Suite 330 |
| 4 | Fresno, California 93721-2226 |
| | Telephone: (559) 487-5561 |
| 5 | |
| | Attorney for Defendant |
| 6 | PRASEUT CHANTHASEN |

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | NO. 1:06-cr-0212 LJO |
| | ) | |
| Plaintiff, | ) | APPLICATION FOR ORDER EXONERATING |
| | ) | PROPERTY BOND;  ORDER |
| v. | ) | |
| | ) | |
| PRASEUT CHANTHASEN, | ) | |
| | ) | Judge : Hon. Lawrence J. O'Neill |
| Defendant. | ) | |
| | ) | |

Defendant Praseut Chanthasen, through counsel Ann H. Voris, Assistant Federal Defender, hereby moves the court for an order exonerating bond and for reconveyance of real property and return of passport in the above-captioned case.

On May 26, 2006, defendant Praseut Chanthasen made an initial appearance in the above-captioned case; on June 9, 2006 an arraignment on the Indictment was held; a bail review hearing was held July 7, 2006, at which time defendant was ordered released upon posting of a $100,000.00 property bond. On July 17, 2006, a Deed of Trust was posted as to Praseut Chanthasen by Bouasy Bruce Kittiphanh, recorder number 2006-0145529. (Dkt. #48) The certified copy of the recorded Deed of Trust and original signed promissory note were delivered to the court on July 13, 2006.

On December 19, 2008, Mr. Chanthasen was sentenced and he remains in custody. (Dkt. # 181)

///

It is respectfully requested that bond be exonerated and title to the real property reconveyed.

Dated:  January 7, 2009

          Respectfully submitted,

          DANIEL J. BRODERICK
          Federal Defender


          /s/  Ann H. Voris
          ANN H. VORIS
          Assistant Federal Defender
          Attorney for Defendant
          Praseut Chanthasen

## O R D E R

**IT IS HEREBY ORDERED** that the property bond in the above-captioned case be exonerated and title to the real property securing said bond be immediately reconveyed to the property owner and that Mr. Chanthasen's passport be returned to his family.

IT IS SO ORDERED.

**Dated:   January 8, 2009**          **/s/ Lawrence J. O'Neill**
                                          UNITED STATES DISTRICT JUDGE